USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRUZ,

Plaintiff,

-v-

LEGENDS HOSPITALITY, LLC ET AL,

Defendants.

**ORDER**

26-CV-6118 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Parties shall file a joint status report no longer than three pages, single-spaced, by **October 19, 2026**.

**SO ORDERED.**

Dated: August 18, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge